IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:19-CR-521-K |
| v. | |
| HARLEY E. BARNES, III | |

ORDER DISMISSING INDICTMENT

Before the Court is the Government's Unopposed Motion to Dismiss, filed on February 6, 2023, against the defendant, Harley E. Barnes, III.

After consideration, the Court GRANTS the motion and ORDERS the Superseding Indictment pending against the defendant Harley E. Barnez, III, is DISMISSED.

SO ORDERED.

Signed February 8th, 2023.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE